

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00379-CV

**IN THE INTEREST OF A.L.G. AND E.B.G.,** children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05217
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

The clerk's record was originally due on July 3, 2014. On July 8, 2014, the trial court clerk filed a Notification of Late Record, stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than July 21, 2014</u> that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court